167 A.3d 656

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RODNEY HARRIS (A/K/A BOOST HARRIS, JEROME
HARRIS), DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004494–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 656

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
LONNIE E. BRITTON, DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004249–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.